**STATE**

v.

**Allan TAYLOR.**

**No. 81–533–C.A.**

Supreme Court of Rhode Island.

Nov. 25, 1981.

Dennis J. Roberts, II, Atty. Gen., Madeline Quirk, Sp. Asst. Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, Barbara Hurst, Chief Appellate Atty., for defendant.

### ORDER

The defendant's motion to remand this case to the Superior Court for the limited purpose of allowing that court to conclude its hearing on defendant's motion to clarify the sentence is granted. Following said hearing, the papers in this case shall be returned to this court forthwith.